```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7
```



FILED

JUN 1 2 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MARIO MARTINEZ LOPEZ,<br><br>            Defendant. | CASE NO. 1:08-MJ-00021<br><br>GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER<br><br> SEALED |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>      v.<br><br>ABEL LOPEZ-MARTINEZ,<br><br>            Defendant. | CASE NO. 1:07-MJ-01134<br><br><br> SEALED |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>      v.<br><br>DIEGO ARMANDO INFANTE PANTOJA,<br><br>            Defendant. | CASE NO. 1:09-MJ-0017 |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff, | CASE NO. 1:04-CR-5268 |

MOTION TO DISMISS AND PROPOSED ORDER

|  |  |
|---|---|
| v. | |
| JOSE FEDERICO QUINONEZ AND LAURA ELENA BELTRAN AYALA, | |
| Defendants. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matters for the following reasons.

That statute of limitations has run on the complaints filed in the Lopez and Pantoja cases and the evidence in the Quinonez case is stale and no longer sufficient.

Dated: June 12, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 12 day of JUNE, 2014.

GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

MOTION TO DISMISS AND PROPOSED ORDER